**UNITED STATES of America,
Petitioner-Appellee,**

v.

**Darrel FISHER, Respondent-Appellant.**

**No. 17-7212**

United States Court of Appeals,
Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Darrel Fisher, Appellant Pro Se. Robert J. Dodson, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel Fisher appeals the district court's order denying his motion for a temporary restraining order. We dismiss the appeal for want of jurisdiction. *See Virginia v. Tenneco, Inc.*, 538 F.2d 1026, 1029-30 (4th Cir. 1976). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*